# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KATHERINE WHITMIRE,                                                                                                                       PLAINTIFF

v.                                                           5:10-cv-00072-JMM-JJV

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                                                                       DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The final determination of the Commissioner is AFFIRMED and this case is DISMISSED WITH PREJUDICE.

DATED this   7   day of January, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE