IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KATHERINE WHITMIRE, PLAINTIFF

v. 5:10-cv-00072-JMM-JJV

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration, DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this __7__ day of January, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE